UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOVICA PETROVIC, | ) |
| Petitioner, | ) |
| v. | ) No. 4:14CV334 HEA |
| UNITED STATES OF AMERICA, | ) |
| Respondent, | ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's Motions to Reopen his Motion pursuant to 28 U.S.C. § 2255, [Doc. No.'s 61 and 62]. For the reasons set forth below, the Motions are denied.

On October 7, 2015, the Court denied Petitioner's Motion pursuant to Section 2255. The Eighth Circuit Court of Appeals affirmed the Court's decision. Petitioner sought rehearing, which was denied on June 1, 2016. Thereafter, Petitioner's Petition for Writ of Certiorari to the United States Supreme Court was denied. Petitioner then filed two motions to reopen pursuant to Rule 60(b)(6).

Rule 60(b) provides relief from a final judgment, order or proceeding under circumstances where there has been some mistake, inadvertence, surprise, or excusable neglect; newly discovered evidence, with reasonable diligence, could not have been discovered in time to move for new trial; fraud, misrepresentation, or

misconduct by an opposing party; the judgment is void; the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or any other reason that justifies relief.

In his Motions, Petitioner attempts to persuade the Court to grant relief from its findings. He has challenged these findings throughout the judicial system. The findings have been affirmed, and the Supreme Court has refused to consider Petitioner's request for review. Petitioner has presented nothing new, nor has he pointed the Court to any mistake so severe as to establish error under Rule 60(b)(6). Petitioner has not articulated any arguments or facts that would even facially compel relief pursuant to Rule 60(b). Instead he has reiterated the same arguments which were the basis of his original Motion. The Court articulated its reasoning in finding that Petitioner was not entitled to a ruling in his favor. Nothing has changed, nor should the Opinion, Memorandum and Order in this matter be altered or amended.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motions to Reopen, [Doc.

No.'s 61 and 62] are denied.

Dated this 27th day of October, 2017.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE